RECD'04 JUL 16 15:02 USDC-ORP

FILED'04 JUL 23 10:40 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION 33,<br><br>    Plaintiff,<br><br>    v.<br><br>STOEL RIVES, LLP,<br><br>    Defendant. | Civil No. CV 01-1314 JO<br><br>STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE |

    Pursuant to Fed. R. Civ. P. 41, the stipulation of all parties by and through their counsel of record herein as set forth below, and on the June 19, 2002 Final Judgment and Order by U.S. District Court Judge Garr M. King approving the mediated settlement of this case, it is hereby,

    ORDERED and ADJUDGED that this action, and all claims of the plaintiffs, and each of them, related to, arising out of or based upon any of Claimants' Actions against the Released Parties (as defined in the Settlement

Agreements with the defendants) are dismissed with prejudice and without costs, sanctions or attorneys' fees against any party.

DATED this 23J day of July, 2004.

_____
U.S. DISTRICT COURT JUDGE

IT IS SO STIPULATED:

For Plaintiff Sheet Metal Workers' International Association Local Union No. 33:

DATED this 24 day of SEPT, 2003.

KILMER VOORHEES & LAURICK PC

By_____
CHRISTOPHER T. CARSON, OSB# 84450
Telephone: (503) 224-0055
Attorneys for Sheet Metal Workers
International Association Local Union 33


For Defendant Stoel Rives LLP:

DATED this _____ day of _____, 2003.

BYRNES & KELLER

By_____
RALPH E. CROMWELL, JR.
Telephone: (206) 622-2000
Attorneys for Stoel Rives LLP

**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE**
**Page 2**

Agreements with the defendants) are dismissed with prejudice and without costs, sanctions or attorneys' fees against any party.

DATED this 23rd day of July, 2004.

_____
U.S. DISTRICT COURT JUDGE

IT IS SO STIPULATED:

For Plaintiff Sheet Metal Workers' International Association Local Union No. 33:

DATED this _____ day of _____, 2003.

KILMER VOORHEES & LAURICK PC

By_____
CHRISTOPHER T. CARSON, OSB# 84450
Telephone: (503) 224-0055
Attorneys for Sheet Metal Workers
International Association Local Union 33

For Defendant Stoel Rives LLP:

DATED this 13th day of APRIL, 2004.

BYRNES & KELLER

By_Ralph E. Cromwell Jr._____
RALPH E. CROMWELL, JR.
Telephone: (206) 622-2000
Attorneys for Stoel Rives LLP

Prepared and Submitted by:

Stephen F. English, OSB No. 73084
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204-2089
Telephone: (503) 228-6351
Facsimile:  (503) 295-0915
E-Mail: steve.english@bullivant.com


1794543.1